UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| PRESTON JOHNSON and ELIZABETH JONES, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:24-cv-00026-JM |
| v. | ) ) | Hon. James M. Moody |
| ACTIVISION BLIZZARD, INC.; et al. | ) ) ) | |
| Defendants. | ) | |

NOTICE OF DISMISSAL OF
DEFENDANTS MICROSOFT CORPORATION AND MOJANG AB
PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Preston Johnson and Elizabeth Jones, hereby voluntarily dismiss without prejudice Defendants Microsoft Corporation and Mojang AB from the above-captioned action.

Dated: November 8, 2024            Respectfully submitted,

Plaintiffs Preston Johnson and Elizabeth Jones

by:   **BULLOCK LEGAL GROUP LLC**

*/s/ Breean Walas*
Breean "BW" Walas (AR2006077)
Tina Bullock (PHV)
**BULLOCK LEGAL GROUP, LLC**
3350 Riverwood Pkwy., Suite 1900
Atlanta, GA 30339
(833) 853-4258
bwalas@bullocklegalgroup.com
tina@bullocklegalgroup.com

*Attorneys for Plaintiffs*

**C̲E̲R̲T̲I̲F̲I̲C̲A̲T̲E̲ ̲O̲F̲ ̲S̲E̲R̲V̲I̲C̲E̲**

I, Breean "BW" Walas, certify that on November 8, 2024, I electronically filed the foregoing *Notice of Dismissal of Defendants Microsoft Corporation and Mojang AB Pursuant to FRCP 41(a)(1)(A)(i)* with the Clerk of the Court using the CM/ECF system, which will send notification and a copy of such filing to all counsel of record.

                                                        */s/ Breean Walas*
                                                        Breean "BW" Walas