IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PRESTON JOHNSON and
ELIZABETH JONES                                                                           PLAINTIFFS

v.                              No. 3:24CV00026 JM

ACTIVISION BLIZZARD, INC.;
INFINITY WARD, INC.;
TREYARCH CORP.; SLEDGEHAMMER
GAMES, INC.; EPIC GAMES, INC.;
ROBLOX CORP.; ROCKSTAR GAMES, INC.;
ROCKSTAR NORTH LIMITED;
TAKE-TWO INTERACTIVE SOFTWARE, INC.;
and JANE & JOHN DOES I-XX                                                              DEFENDANTS

**ORDER**

The Clerk of the Court is directed to stay this case pending arbitration. The motions to dismiss filed at docket entries 103 and 106 are denied without prejudice.

IT IS SO ORDERED this 19th day of March, 2025.

James M. Moody Jr.
United States District Judge